**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In the matter of:

**Anthony John Sineni, III**                                     Chapter 13
                                                                 Case No. 25-20026

        Debtor

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Jerome D.

Gerard, State Tax Assessor ("Assessor") of the State of Maine Bureau of Revenue Services

("MRS"), a party in interest and creditor in the above-captioned Chapter 13 case, and requests

that copies of all notices, papers, and orders served or given, or required to be served or given, be

given to and served upon the undersigned counsel at the address set forth below via ECF and

mailings for non-ECF materials.

Dated:   February 19, 2025
         Augusta, Maine

                                        Respectfully submitted,

                                        */s/ Kaitlyn M. Husar*
                                        Kaitlyn M. Husar
                                        Assistant Attorney General
                                        Attorney for State Tax Assessor
                                        Office of Attorney General
                                        6 State House Station
                                        Augusta, Maine 04333
                                        (207) 626-8846
                                        Kaitlyn.m.husar@maine.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In the matter of:

**Anthony John Sineni, III**                                   Chapter 13
                                                               Case No. 25-20026

        Debtor

CERTIFICATE OF SERVICE

        I, Kaitlyn Husar, Attorney for the State Tax Assessor, hereby certify that I have this day made service electronically on all the parties listed on the Notice of Electronic filing pursuant to the Bankruptcy Court's ECF system of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS and of this Certificate of Service.  I also hereby certify that I have served the individuals and entities indicated below pursuant to the Bankruptcy Court's ECF system.

        Andrew M. Dudley, Esq., Standing Chapter 13 Trustee

        Office of the U.S. Trustee

Service also has been made this day via first-class mail, postage prepaid, to Anthony John Sineni, III, 701 Congress Street, Portland, ME 04102.

Dated: February 19, 2025                          /s/Kaitlyn Husar
                                                  Kaitlyn Husar
                                                  Assistant Attorney General
                                                  Attorney for State Tax Assessor
                                                  Office of Attorney General
                                                  6 State House Station
                                                  Augusta, Maine 04333
                                                  (207) 626-8846
                                                  kaitlyn.m.Husar@maine.gov

2